

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 10-1988M |
| Marlene Cueto | |
| DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Court_____, IT IS ORDERED that a detention hearing is set for _8/18/10_____, at _8:30_ ☒ a.m. / ☐ p.m. before the Honorable _Jacqueline Chooljian_____, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/16/10_

_____
U.S. District Judge/Magistrate Judge